MARY J. WASSEL, RELATOR, v. HENRY J. GAUTCHEY, BUILDING INSPECTOR, ETC., ET AL., RESPONDENTS.

Submitted May term, 1926—Decided May 18, 1926.

### Zoning—Case Within Rule in Ignaciunas v. Risley.

On rule for *mandamus.*

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *Viviano & Kehoe.*

For the respondents, *William W. Evans.*

PER CURIAM.

This case is before the court on a rule to show cause why a writ of *mandamus* should not issue to the building inspector in a zoning case, an agreed state of facts is submitted to the court, in writing, duly signed by the respective attorneys and filed. Upon reading and answering the facts we are satisfied the cases controlled by the case of *State* v. *Nutley,* 99 *N. J. L.* 389; *affirmed,* 98 *Id.,* 712, as being directly in point. A rule may be entered, therefore, directing a peremptory writ of *mandamus* to issue to the building inspector of the borough of Hawthorne, Passaic county.